

FILED
[APR 0 6 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:22-CT-3124-D

(To be filled out by Clerk's Office only)

## Bryan Colby Chappell

Inmate Number 25865·009

*(In the space above enter the full name(s) of the plaintiff(s).)*

# COMPLAINT

-against-

*(Pro Se Prisoner)*

## Norman Young DMD, dental Assistant S. Goss, EMT Salisbury, Warden R. Ramos, SIA Mullins, SIS Slaydon, HSA Brown-Strobee AHSA Richardson, Psych Dr. Koch

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I.     COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐     42 U.S.C. § 1983 (state, county, or municipal defendants)

☑     Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐     Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Bryan Colby Chappell
Name

25865·009
Prisoner ID #

Federal Correctional Institution 1
Place of Detention

P.O. Box 1000
Institutional Address

Butner              N.C.              27509
City                State             Zip Code

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐     Pretrial detainee   ☐ State   ☑ Federal
☐     Civilly committed detainee
☐     Immigration detainee
☐     Convicted and sentenced state prisoner
☑     Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Norman Young DMD__
Name

__Dentist__
Current Job Title

__Federal Correctional Institution 1__
Current Work Address

__Butner__          __NC__          __27509__
City                    State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: __S. Goss__
Name

__Dental Assistant__
Current Job Title

__Federal Correctional Institution 1__
Current Work Address

__Butner__          __NC__          __27509__
City                    State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 3: <u>Warden R. Ramos</u>
Name

<u>Warden F.C.I. 1</u>
Current Job Title

<u>Federal Correctional Institution 1</u>
Current Work Address

<u>Butner</u>                    <u>NC</u>          <u>27509</u>
City                          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: <u>Mr. Mullins</u>
Name

<u>S.I.A. special Investigator</u>
Current Job Title

<u>Federal Correctional Institution 1</u>
Current Work Address

<u>Butner</u>                    <u>NC</u>          <u>27509</u>
City                          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Page 3 of 10

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 5:    Mr. Slaydon
                Name

                S.I.S.    Special Investigative Services
                Current Job Title

                Federal Correctional Institution 1
                Current Work Address

                Butner                    NC            27509
                City                      State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 6:    Ms. Brown-Strobee
                Name

                Health Services Administrator
                Current Job Title

                Federal Correctional Institution 1
                Current Work Address

                Butner                    NC            27509
                City                      State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 7: Dr. Koch
Name

Psychologist
Current Job Title

Federal Correctional Institution 1
Current Work Address

Butner     NC     27509
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 8: Ms. Richardson
Name

Assistant Health Services Administrator
Current Job Title

Federal Correctional Institution 1
Current Work Address

Butner     NC     27509
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant :
_____
Name

_____
Current Job Title

Federal Correctional Institution 1
Current Work Address

Butner                    NC              27509
City                      State           Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 9: Salisbury
Name

EMT/Nurse
Current Job Title

Federal Correctional Institution 1
Current Work Address

Butner                    NC              27509
City                      State           Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: Butner FCI 1

Date(s) of occurrence: 2.2, 2.12, 3.5, 3.11, 3.16 All 2021

State which of your federal constitutional or federal statutory rights have been violated:
Eighth Amendment, First Amendment
Condititions of Confinement, Cruel And Unusual punishment,
Excessive Force, Dental Care, Failure To Protect

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

2.2.2021 Dental Call-Out Mr. N. Young DMD had Ms. Goss take X-Rays of my 2 broken teeth. Then Mr. Young started questioning me. Why didn't they fix your teeth At F.C.I. Indiana? that where you came from and one your teeth is broken multiple time and coming Apart Old damage.

I told him, I don't want to talk about it Sir please I just need this one on the left taken out And the right side one fixed.

N. young DMD stated, I know why they didn't fix them, they said you were causing problems And writting people up that's why your mouth is so messed up I'm sure is does hurt. Well We'll see how you like this.

I started crying I broke down. I've been so traumatized from the ordeal over the last 3 yrs at FCI Terre Haute IN. I said, Please I don't want Any trouble I need help.

Norman Young DMD and Ms. Goss both looked at each other and laughed at me. She said, ARE you taking your psych meds? And N. young said, just lay back I'll fix it, all menacing and hateful.

Page 5 of 10

He gave me an injection on both sides.

Mr Young grabbed the worst tooth on my left and jerked hard quick and broke the tooth off he said, and kind of laughed I was hurt GOD the pain was intense. He said well let me look at the other one, and did the same thing! That tooth could've been fixed! But it was too late.

**What happened to you?**

He started dilling and drilling on them it seems like I was in there for an hour at least

I finally got to speak and told him it's hurting so bad I need another shot please I was in EXTREME PAIN.

He gave me another shot after he got that first tooth out. I've never had a dentist be so brutal in my life, I feared for my life I was bleeding so bad out my mouth for 4 days. A couple days later still bleeding and my gum line badly ripped on the right side around the tooth in front of the one he cut out, just flopping around the dry sockets were unbearable pain

**When did it happen to you?**

On the left side was, the next tooth in front of the extraction site he had drilled into the next tooth approximately (One fourth of the tooth and knocked the filling out as well. He left the whole I'd been in such RAW intense pain for so long since 3 hrs. after the Sadistic Butchery.

He finally gave me some medicine in the dry sockets, swollen infected gum — he gave me Antibiotics approx 1 wk late, and ibuprofin for pain.

**Where did it happen to you?**

The rest is documented in EXHIBIT ONE and TWO. I was in such EXCRUCIATING pain for a week and a half I couldn't eat and I thought he broke my jaw.

Finally after sending E-mails to Dental they put me on call out's their plan's were laid . . .

CLAIM ONE-EIGHTH AMENDMENT and FIRST AMENDMENT VIOLATIONS: RETALIATION, CRUEL AND UNUSUAL PUNISHMENT, EXCESSIVE FORCE, FAILURE TO PROTECT, EXPLOTATION of the Psychologically VULNERABLE.

| What was your injury? |
|---|

Dental On 2.2.2021 I WAS questioned, intimidated, by Norman Young About why my teeth were NOT fixed in Terre Haute IN. Federal F.C.I. because of the EXTREMELY BAD state of deteriocation AND multiple fractures. (The bottom left WAS broken in half And broken AgAiN with "miracle mix on top of it. This WAS intentionally done March of 2020 by Dentist Ms. VAN Wagoner After she broke the tooth with a clamp/or band leaving me in excruciating pain.)
        I told the dentist And assistant I don't want to talk about INDIANA I need my teeth fixed please, I was so Afraid they wouldn't help me.
        Mr. Young DMD told me. They said you were writting people up AND filing your a trouble maker. Well we'll see how you like this.
        He said "They said, Above indicating they had spoken to the providers INdiANA BOP STAFF. These fore Norman Young DMD And Assistant Ms. Goss's Action Are motivated by Retaliation
        Mr. Young And Ms. Goss brutally with malicious And sadistic intentions broke both of my teeth off violently And then drilled And drilled, cutting, grinding causing excruciating pain the shots he gave me were not near enough And his cruel

And violent mistreatment he intentionally prolonged to extract these 2 teeth is unethical and Torture. My gumline was savagely ripped-torn-cut all the way around the tooth in front of the extraction site on the left side. He also drilled into the tooth in front of the extraction site on the right side which removed the filling leaving the raw nerve exposed causing EXCRUCIATING, unbearable pain. My mouth bleeding severely for several days while I was denied care finally a nurse seen my mouth and went in the Dental Lab 2·12·201 and told Norman Young DMD and Ms. Goss you have to do something his mouth is severely swollen and inflamed. He told Ms. Goss to put the medicine in the dry sockets. She looked in my mouth and got a SHOCKED look on her face and told Dr. Young "NO" I'm not doing it you do it yourself. He came over MAD and got a CRAZY look on his face it was so bad. He put the med in for dry socket gave me antibiotics and 12 ibuprofen thats all you get.

I told him please I think my jaw is broke I can't even eat.

Norman Young DMD said I don't care. You want me to take another one out? smiling EVIL like.

I had to leave Ms Goss was acting all agressive telling me to get out causing sever intentional emotional distress and left me in EXCRUCIATING pain.

On 3·5·2021 Norman Young DMD had me in and put 2 stitchs in my ripped-torn gumline which fell out over the next couple of days. One while eating I guess, the other in medical EMT Salisbury was looking at it got it out it was no use. I felt just hopeless despair.

My mouth was so bad, the gumline was constantly getting food under it and I was being careful trying to nurse it along so it would heal. I did not want to go back and let these people work on me again. After the horrible experience on 2·2·2021. I wouldn't talk about Indiana here I wanted a fresh start. To be able to do my time without being harassed and threatened or Tortured. These people Norman Young DMD and his Assistant Ms. S. Goss intentionally inflicted physical pain at unbearable levels and mental emotional distress on me. And laughed made fun of me as I broke down mentally and physically crying. Ms. Goss threatened me with a scalpel for writting E-mails complaining about their mistreatment its a Horror Show.

I am broken mentally and emotionally and have suffered immeasureable amounts of pain due to their Refusal to treat my rotting tooth.

They do not have the dental Call-Out Medical Record for 3·11 where Ms. Goss called me in I layed back on the EXAM chair, she was on my Right. She opened a pack with A scalpel, scissors and tweezers. She picked up the scalpel in one hand scissors in the other told me to open my mouth and jammed her finger violently into the ripped-torn gumline searing pain bloomed in the swollen deformed tissue. I jerked Away grabbing my mouth I said, What are you doing?

Ms. Goss said, Waving the scalpel Well you didn't like the way we treated you last time this is what you get, I'm going to CUT IT OUT smiling like EVIL! Are you gonna cry Again I'le all Dr Koch she said. As I got up getting Away she started laughing Sadistic EVIL Mistreatment.

This is Retaliation brutal cruel And unusual punishment, intentional infliction of physical and mental Distress. This is battery, she is not licensed to do this. Causing Extreme physical pain. It's Exploitation of the psychologically vulnerable. Theres no safe place for me in the BOP I have suicidal thoughts the pain is so bad sometimes, its cruel And unusual punishment.

pg. 4   CLAIM ONE

Pg. 5 CLAIM ONE

3.16.2021 Dental Call.Out. Ms. Goss Called me back I went in sat on the Exam chair and EMT Salisbury stepped up to me removed a big pair of scissors from his belt and said we are going to try something different today, we are going to wedge these down between your teeth and cut them out.

No your not, I said, as I got up leaving. EMT Salisbury was behind me raising his Voice telling me to come back Aggressively. I went to the waiting Area sat back down to wait for the Move so I could go back to my Unit. (I'm ON CAMERA.)

EMT Salisbury came out telling me to come here trying to get me to come over to an office he was opening and I told him NO I'm good, please just leave me Alone. He kept on and then he started to Approach me in a threatening manner. I stood up to try and get away my heart was racing and my chest was tight, I thought I was going to have Another heart Attack. I told him please just let me leave I don't want any trouble, don't touch me We're on Camera. He stopped cutting his eye's As he processed that.

He said; OK set down, real cool like. He sat across from me on Another bench. I said, look just let me go. He said NO your going back in there. No I'm Not, I said.

Then Ms. Goss came out screaming just belligerent that she has been doing this 25 years and that I had written an E·mail About her last week you going get your Ass beat Now you don't mess with me.

(Pg. 5 CLAIM ONE)

## Pg. 6 CLAIM ONE

She was screaming jerking on he radio (on belt) telling me she's going to hit the button (Body Alarm) and have 20 people around me and that they would fuck me up for filing on her. She hit the button, and here they come. I sat still looking at EMT Salisbury across from me just telling him "Tell the truth I have done Nothing". (I was scared so BAD I WAS IN FEAR FOR MY Life I've had 7 heart Attacks and 3 strokes one was a mini stroke but I'm so Mentally and Emotionally torn Apart I just left Terre Haute their gonna Kill me my chest was hurting all the way into my left hand.)

As they gathered around us She Ms. Goss lunged forward rushing me screaming get him and some staff jumped between us grabbing her and trying to restrain her, she was wild fighting them as they yelled for her to stop stop.

They pulled me up and started cuffing me behind my back. I told them I'm handicap I've had a stroke I walk with a cane you gotta cuff me in the front. SHUT UP I don't give a Fuck we're gonna walk for ya. They took me through to the ANNEX-LOCKDOWN/SHU, put me in a shower stall and ordered me to strip Naked. EMT Salisbury steps in and said, YEAh Now the shoes on the other foot, smiling looking at me Naked exposed bouncing his eye brows up and down, your gonna get it Now. The Officers were yelling, What did you do to her hub? Your fuckin with Staff. Nothing, I said please just stop please.

I was having chest pains bad I thought they were going to kill me. I have Anxiety so bad now. A few minutes I was calling for a C.O. help me to get my Nitro they had taken.

(Pg 6 CLAIM ONE)

A C.O. stepped in And got it for me. I was so weak and shaking scared I barely got the bottle open I was crying I've had 7 heart attacks and 3 strokes my chest was on fire hurting all the way through my back and left arm.

Psych. Dr. Ms. Koch walks by in the hallway and looks in the door and smiles looking me up and down at my NAKED EXPOSED BODY.

This is all EXPLOITATION OF the Psychologically Vulnerable Mental Torture and cruel and unusual punishment. About 20 mins. lAter EMT Salisbury steps in says cooler heads have prevailed And told me to get dressed. He gave me my clothes while he stared at me up and down grinning, he's a CREEP!

He tells me to turn Around so he can cuff me from behind I tell him I need them in front I'm on a cane from a STROKE. He said, I don't care turn Around or your staying here. I turned Around and he put the cuffs on twisting them in the middle so it would cut into my wrist C.O. Ms. Woodford stepped in as he was pulling me out of the shower and told him, hey he's on a cane you have to cuff him in the front. EMT Salisbury said, I dont care as he pulled up on the cuffs making them cut into me.

This is malicious and sadistic cruel and unusual punishment And intentional infliction of mental distress. They take me out the ANNEX door pull the restraints off and EMT Salisbury orders me back to the Dental Lab.

No I'm not going back in there, I said.

Yes you Are or your going back into the ANNEX thats the deal the LT. said. I pleaded with him please NO. I told Salisbury your making me do this against my will your violating me. He made me go back in there...

( 7 CLAIM ONE )

# PG. 8 CLAIM ONE

I told Norman Young DMD when I came through the door your making me do this against my will your violating my rights please don't hurt me again.

Lay back in the chair so I can examine you, the dentist said, real aggressive and mean I was afraid.

I don't want to do this. EMT Salisbury moved toward me like he was going to hit me. I jumped back. he was acting all mad and crazy looking.

They made me lay back. open your mouth, the dentist ordered open it wide now. He made me do it...

I opened it but when he moved toward me I got up fast and told them. your going to court your dead wrong for doing this. I left I was so afraid Salisbury said, get back in that chair.

I left. Norman Young DMD said I'm gonna tell Dr. Koch how you acted in here you'll be sorry and Salisbury said yeah you'll be sorry.

This Cruel and unusual punishment, excessive force and exploitation of the psychologically vulnerable Mr. Chappell is a Mental Health Care Level 3 patient.

I have nightmares because of this Torture and direct retaliation Not only because of what STAFF in INDIANA told these people. But because of the Sadistic and Malicious intentional infliction of these people to cause me physical and mental distress, Total diliberate indifference to my suffering for over 13 mths, in Extreme pain mentally and physically by everyone involved. my tooth is rotting away probably half gone and hurts so bad at times I need it fixed and some back teeth partials fix my front teeth too. (pg. 8 CLAIM ONE)

Also After suffering Approx 6 months from injury caused by staff. I got put on crutchs on or About 6.22.2021 I fell later that day Accidentally hitting myself in the mouth with the crutch breaking my front teeth, And caused further injury to left Knee.

An inmate went And told the unit Officer who called medical.

Nurse Holland came to the unit CLEMSON and told me they will NOT see me Again. He seen my Knee was grossly swollen AND my front teeth Are Now broken AND gave me A plastic garabe bag with some ice iN it for my Knee And left.

I put in 2 sick-calls on my broken front teeth

No one will see me.

This is deliberate indifference to seriou painful injury. cruel And unusual treatment. This is all done Willfully And Wantonly with malicious And sadistic intent to intentionally inflict pain and mental distress.

Respectfully Submitted, Bryan Colby Chappell

3.23.2022

( Pg9 CLAIM ONE )

CLAIM TWO EIGHTH AND FIRST AMENDMENT VIOLATIONS: RETALIATION, CRUEL AND UNUSUAL Punishment, Excessive Force, Failure to Protect And Exploitation of the Psychologically Vulnerable.

I notified Warden R. Ramos by E·mail, Health Services Administator Ms. Brown-Strobee by E·mail, Assistant Health Services Administator Ms. Richardson by E-mail, S.I.S. Mr. Slaydon in person 2·4·2022 And on or about 3·5·2022 SIA. Mr. Mullins sometime in 2021 in R&D when he was interviewing me About the E·mails And letters I sent to O.I.G. Office of The Inspector General about the Terre Haute, IN. CASE'S NO. 2:20-CV-00224-JRS-MG
CASE NO 2:20-CV-00686-JMS-MG ← Dental
SIA. Mr. Mullins And S.I.S. Mr. Slaydon both told me they had seen the CAMERA FOOTAGE from 3·16·2021 where Ms. Goss hit the Body Alarm And tried to Attack commit Battery on my person And tried to get responding STAFF to beat me up, they All have seen my mouth rotting tooth And Refuse to do anything to help me.
I have put in 5 Request for Dental help which I've been told NONE were processed.
WARDEN Ramos told me I'm not a Dentist how do I Know what the dentist did is wrong? H.S.A. Ms. Brown-Strobee And A.H.S.A. Ms. Richardson refuse me help-fill out a sick-call

( Pg 1 CLAIM 2 )

Pg2 CLAIM TWO

they said refusing me care.
This is total deliberate indifference
by everyone involved here because of my
filing law-suits in Indiana. This is malicious
And sadistic treatment I am broken, they
Know Exactly what happened AND they have
chosen to further victimize Mr. Chappell
leaving him no way to get proper much less
timely care. The whole medical department
turned on him here as well And he's had
7 heart Attacks, 2 CVA's/STROKES and A
Mini-stroke March 20, 2020. This is beyond
Any penological interest just Retaliation and
denial of proper And timely care.
   He has turned in multiple Dental Request
And they Are throwing them Away, included
here in Are _ copies of 3 he submitted along
with some E·mails he sent attempting to
get help to No avail.


   I Am An inmate that helped Mr.
Chappell put this together because he is Not
Mentally stable due to severe Anxiety,
PTSD, And depression due to so much Abuse.
Also he struggles at times with basic daily
activities mentally because of the CVA's/strokes
he has A Barrier to Learning: Memory deficits due
to CVA's, Also post stroke hemiparisis on his
left side, And severe migraines. These people have
exploited his psychological Vulnerabilities it's pathetic.

(Pg. 3 CLAIM 2)

pg. 3    CLAIM TWO

Dr. Koch told me that I need to stop filing or I would be force sedated and moved up the hill.

She also repeatedly told me I'm wrong about Ms. Goss that she did NOT try to attack me or get other staff to. ( It' on Camera Infirmary Lobby 3.16.2021 )

This is exploitation of the psychologically vulnerable and cruel AND unusual punishment for help to tell me this and that I'm delusional.

S.I.A. Mr. Mullins is suppose to make sure this does not happen and deal with misconduct by staff. He said, he seen the video it's a mess, he said. How is Ms. Goss walking this compound after this, she should've been walked off and fired, I asked. He just shrugged.

I showed him my rotting tooth too an ripped gumline.    No help anywhere for me.

S.I.S Slayton I showed him as well and pleaded for help. Nothing done for me.

Ms. Brown-Strobee and Ms. Richardson seen my tooth and mutilated gumline. No help Fill out a sick call for dental I did No one processed them (thrown away by Norman Young DMD and Ms Goss.

This is deliberate Indifference to my serious dental needs leaving me to suffer needlessly in excruciating pain intentional infliction of mental distress, sadistic evil

Pg. 4  CLAIM TWO

But I will Not be Able to help him
Any more because I fear STAFF here will
retaliate AgAiNst me As well.

Mr. Chappell needs moved. some where
beyond the BOP or they Are going to Kill
him, mAybe by just Not giving him proper
treatment At A Critical time. You have to
understand the desperate situation he's in.
It's bAd.

Respectfully Submitted, Bryan Colby Chappell

3·23·2022

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?     ☑ Yes     ☐ No

If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?     ☑ Yes     ☐ No

If no, explain why not:

_____

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I wANt my teeth fixed by ANother DeNtist what they damaged ANd my front teeth, ANd partial plates for teeth back (upper And lower). I have only front teeth. $1,000,000 dollars for pAiN And suffering, iNtentioNAl infliction of excuciating physical And mental distress/ pAiN, deliberate indifference And for falsifying my medical/dental records. I wANt the defendaNts fired And to lose the Ability to hold ANother job with power over others/people, And lose Drug/Medical/DeNtAl license. Also I Need trANsfered it's Not safe for me in the BOP

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?          ☑ Yes    ☐ No

If yes, how many?  ___3___

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

One was dismissed without preJudice in West Virginia 2015 Records destroyed by BDP Officials.

"CURRENT - PENDING"
United STATES DISTRICT COURT, SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION, Bryan Colby Chappell vs. Elisabeth Trueblood, Dr. et al, NO. 2:20-cv-00224-JRS-MG
Also
Bryan Colby Chappell vs RHODES Dental Assistant-Ms., Van Wagoner Dr, Dentist No. 2:20-cv-00686-JMS-MG
My Attorney's from-Frost Brown Todd LLC in both of these cases
Judge James R. Sweeney severed claim 12 And made the Dental A seperate case.

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

3.22.2022
Dated

~~Bryan Colby Cheppell~~
Plaintiff's Signature

BRYAN Colby Chappell
Printed Name

25865.009     Federal Correctional Institution 1
Prison Identification #

P.O. Box 1000     Butner     N.C.     27509
Prison Address          City          State     Zip Code